**Frank THOMAS, Plaintiff–Appellant,**

v.

**LAW FIRM OF SIMPSON CYBAK, et al., Defendants–Appellees.**

No. 02–1113.

United States Court of Appeals, Seventh Circuit.

Feb. 10, 2004.

Frank Thomas, Matteson, IL, Jessica E. Price, Milwaukee, WI, for Plaintiff–Appellant.

Peter A. Monahan, Alholm, Monahan, Keefe & Klauke, Linda B. Dubnow, McGuirewoods, Chicago, IL, for Defendants–Appellees.

Jessica E. Price, Milwaukee, WI, for Amicus Curiae.

Before ROVNER, EVANS, and WILLIAMS, Circuit Judges.

**ORDER**

The panel's January 13, 2004 opinion and judgment are vacated. A new opinion will be issued at a later date.